UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-462-BR

| | | |
|---|---|---|
| BALI MOTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion to stay the parties' deadlines for conducting a Rule 26(f) conference and submitting a proposed discovery plan. It appearing that service had not been made on Defendant at the time the clerk's order setting the deadlines was entered, the court hereby GRANTS Defendant's motion [DE #13]. The parties shall have thirty (30) days from the date service of the complaint and summons is effected upon Defendant to conduct their Rule 26(f) conference. Within fourteen (14) days after the conference, the parties shall submit their proposed discovery plan.

This 12th day of December 2017.

KIMBERLY A. SWANK
United States Magistrate Judge