IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-00462-BR

| | |
|---|---|
| BALI MOTORS, INC., <br><br> Plaintiff, <br> v. <br><br> MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | ORDER GRANTING <br> JOINT MOTION FOR TELEPHONIC <br> STATUS/SCHEDULING CONFERENCE |

This matter is before the Court on the parties' Joint Motion for Telephonic Status/Scheduling Conference. Having shown good cause, the Court hereby GRANTS the parties' Joint Motion [D.E. 30]. The June 5, 2018, non-final Rule 16 pretrial conference will now be a telephonic status/scheduling conference starting at 2:30 p.m. The clerk is directed to provide the parties with conference call instructions.

This 1st day of June 2018.

_____
KIMBERLY A. SWANK
United States Magistrate Judge