# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# No. 5:17-cv-00462-BR

BALI MOTORS, INC.,

    Plaintiff,

v.

MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, BALI MOTORS, INC., by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses, *without prejudice*, all claims in this action against Defendant, MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY.

Respectfully submitted, this 26th day of July, 2018.

    /s/ Nicole C. Vinson
    Nicole C. Vinson
    Merlin Law Group, P.A.
    777 S. Harbour Island Blvd., Ste. 950
    Tampa, FL 33602
    (813) 229-1000
    Fax (813) 229-3692
    nvinson@merlinlawgroup.com
    State Bar No. 44878
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2018, I electronically filed this Notice of Voluntary Dismissal without Prejudice with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record: James M. Dedman, IV, Esq. and Ryan M. Arnold, Esq., Gallivan, White & Boyd, P.A., 6805 Morrison Blvd., Suite 200, Charlotte, NC 28211, jdedman@gwblawfirm.com, rarnold@gwblawfirm.com.

/s/ Nicole C. Vinson
Nicole C. Vinson
Merlin Law Group, P.A.
777 S. Harbour Island Blvd., Ste. 950
Tampa, FL 33602
(813) 229-1000
Fax (813) 229-3692
nvinson@merlinlawgroup.com
State Bar No. 44878
Attorney for Plaintiff