# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# No. 5:17-cv-00462-BR

BALI MOTORS, INC.,

    Plaintiff,

v.

MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,

    Defendant.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Bali Motors, Inc. and Defendant Mesa Underwriters Specialty Insurance Company, by and through their undersigned attorneys, stipulate and agree to dismiss <u>without prejudice</u> all claims that were or could have been brought by Plaintiff in this matter. Each party shall bear its own costs and attorneys' fees.

This 31st day of July, 2018.

| | |
|---|---|
| */s/ Nicole C. Vinson* | */s/ James M. Dedman, IV* |
| Nicole C. Vinson (N.C. Bar No. 44878) | James M. Dedman, IV (N.C. Bar No. 37415) |
| MERLIN LAW GROUP, P.A. | GALLIVAN, WHITE, & BOYD, P.A. |
| 777 S. Harbour Island Blvd., Ste. 950 | 6805 Morrison Boulevard |
| Tampa, FL 33602 | Suite 200 |
| (813) 229-1000 (Telephone) | Charlotte, NC 28211 |
| (813) 229-3692 (Fax) | (704) 552-1712 |
| nvinson@merlinlawgroup.com | jdedman@gwblawfirm.com |
| | |
| *Attorney for Plaintiff* | *Counsel for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-00462-BR

| | |
|---|---|
| BALI MOTORS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | CERTIFICATE OF SERVICE |

The undersigned hereby certifies that on July 31, 2018, she served a copy of the Stipulation of Dismissal Without Prejudice by filing same with the Court's ECF e-filing system, thereby serving the following counsel of record:

> James M. Dedman, IV (N.C. Bar No. 37415)
> GALLIVAN, WHITE, & BOYD, P.A.
> 6805 Morrison Boulevard
> Suite 200
> Charlotte, NC 28211
> (704) 552-1712
> jdedman@gwblawfirm.com

> /s/ Nicole C. Vinson
> Nicole C. Vinson (N.C. Bar No. 44878)
> MERLIN LAW GROUP, P.A.
> 777 S. Harbour Island Blvd., Ste. 950
> Tampa, FL 33602
> (813) 229-1000 (Telephone)
> (813) 229-3692 (Fax)
> nvinson@merlinlawgroup.com
> *Attorney for Plaintiff*